```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0108--CR (JKS)
                 "USA V ROBERT F. COMBS"
              DEF 1.1 COMBS, ROBERT F.
```

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed:  11/20/02
             Closed:  10/02/03
 No. of Defendants:  1
    MJ Case Number:  A02-0137--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:  04/14/03
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Lance C. Wells
                     733 W. 4th Avenue, Suite 308
                     Anchorage, AK 99501
                     907-274-9696
                     FAX 907-277-9859
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Stephan A. Collins
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     FAX 907-271-1500
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 COMBS, ROBERT F.
```

| Document | Count | | Citation and Description | Disposition |
|---|---|---|---|---|
| 1 - 1 IND | 1 | | 21:846 CONSPIRACY (F) | Terminated |
| 1 - 1 IND | 2 | | 21:846 ATTEMPT TO MANUFACTURE METHAMPHETAMINE (F) | Terminated |
| 1 - 1 IND | 3 | | 18:922(g)(1) FELON IN POSSESSION OF A FIREARM (F) | Terminated |
| 30 - 1 | 1-S | | 21:856(a)(2) MAINTAINING A PLACE FOR THE MANUFACTURE OF CONTROLLED SUBSTANCES (F) | Sentenced (69-1) |
| 30 - 1 | 2-S | | 21:846 ATTEMPT TO MANUFACTURE METHAMPHETAMINE (F) | Sentenced (69-1) |
| 30 - 1 | 3-S | | 18:922(g)(1) FELON IN POSSESSION OF A FIREARM (F) | Sentenced (69-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0108--CR (JKS)
                                    "USA V ROBERT F. COMBS"
                                   DEF 1.1 COMBS, ROBERT F.

                    Including terminated defendants, excluding terminated counsel


    30 -   1        4-S    21:853(a)(1) & (a)(2) CRIMINAL FORFEITURE                Sentenced
                                                                                    (69-1)
```

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CRIMINAL DOCKET ENTRIES FOR CASE A02-0108--CR (JKS)
                                     "USA V ROBERT F. COMBS"

                                          For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 11/20/02
            Closed: 10/02/03
No. of Defendants: 1


 Document #   Filed     Docket text
 ──────────   ─────     ───────────

       1 -  1 11/20/02  [Re: DEF 1] PLF 1 Indictment.

   NOTE -  1 11/21/02  Issued: Proposed Trial Date Setting for arr to JKS CMC.

       2 -  1 11/21/02  [Re: DEF 1] AHB Grand Jury Minutes; det per 18:3142; set for arr and
                        notify USM; in custody.

       3 -  1 11/21/02  [Re: DEF 1] Documents 2, 4, 6, 7, 8, 11 and 14-16 transferred from:
                        A02-0137 MJ (AHB) to A02-0108 CR (JKS).

       4 -  1 11/21/02  [Re: DEF 1] AHB Minute Order that in light of filing of Indt in this
                        case prob cause in A02-137 MJ is VACATED and RESET in this case as arr
                        on Indt 4:00 p.m., 11/21/02.  cc: USA, FPD, USM, PO

       5 -  1 11/22/02  [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 12/4/02.
                        cc: USA, FPD

       6 -  1 11/22/02  [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held
                        11/21/02); def plead not guilty re: Cts 1-3 of Indt; ptms due 12/4/02;
                        cnsl advised of trial date; possible evid hrg set 12/12/02 from 9:00
                        a.m.to 3:30 p.m.  cc: USA, FPD, USM, PO

   NOTE -  2 11/26/02  Issued: Notice of Speedy Trial Act ddlns to JKS.   cc: CMC

       7 -  1 11/27/02  [Re: DEF 1] JKS Minute Order setting TBJ and FPTC for 12/23/02 at 9:00
                        a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC

       8 -  1 11/27/02  DEF 1 Unopposed motion on shortened time to reschedule trial date of
                        12/23/02 w/att aff.

       9 -  1 11/27/02  [Re: DEF 1] AMENDED AHB Court Minutes [ECR: Denali Elmore] of arr on
                        Indt (held 11/21/02); def plead not guilty re: Cts 1-3 of Indt; ptms due
                        12/4/02; cnsl advised of trial date; possible evid hrg set 12/12/02 from
                        9:00 a.m.to 3:30 p.m.; def's det cont. cc: USA, FPD, USM, PO

      10 -  1 12/02/02  [Re: DEF 1] JKS Minute Order setting hrg on unoppo mot on shortened time
                        to reschedule trial date for 12/04/02 at 2:00 p.m. cc: USA, FPD, USM,
                        USPO, MJ Branson, JC

      11 -  1 12/02/02  DEF 1 motion for bail review hearing.

      12 -  1 12/03/02  [Re: DEF 1] AHB Minute Order granting in part motion for bail review
                        hearing (11-1); bail review hrg set 12/5/02 at 2:00 p.m.  cc: USA, FPD,
                        USM, PO

      13 -  1 12/05/02  [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] re hrg on unopposed
                        mot to reschedule trial date (dkt 8) held 12/04/02; granted; FPTC and
                        TBJ set for 12/23/02 vacated and reset to 03/17/03 at 9:00 a.m.; crt
                        found excludable delay under 18:3161(h)(8)(A)(B) (T code); excludable
                        delay from 01/29/03-03/17/03 for a total of 48 days. cc: USA, FPD, USM,
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0108--CR (JKS)
                              "USA V ROBERT F. COMBS"

                               For all filing dates

Document #   Filed       Docket text
_____   _____       _____
                         USPO, MJ Branson, JC

   14 -  1   12/05/02    [Re: DEF 1] AHB Minute Order that ddln for ptms has expired and none
                         have been filed; 12/12/02 evid is VACATED.  cc: USA, FPD, USM, PO

   15 -  1   12/05/02    DEF 1 motion (request) for scheduling and planning conference before the
                         Magistrate Judge.

   16 -  1   12/06/02    [Re: DEF 1] AHB Minute Order granting in part motion (request) for
                         scheduling and planning conference before the Magistrate (15-1); S&P
                         conf set 10:00 a.m,. 12/12/02.  cc: USA, FPD, USM, PO

   17 -  1   12/06/02    AHB Court Minutes [ECR: Caroline Edmiston] of bail review hrg (held
                         12/5/02); oral mot to release def to third party custodian DENIED; def's
                         det cont.  cc: USA, FPD, USM, PO

   18 -  1   12/06/02    [Re: DEF 1] PLF 1 Notice of counsel's availability for planning conf.

   19 -  1   12/06/02    [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   20 -  1   12/13/02    [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] re S&P Conf hld
                         12/12/02; PTM's due 1/22/03; replies due 2/5/03; 10:00 a.m. 2/10/03
                         reserved for possible evident hrg; def's det continued. cc: USA, FPD,
                         USM, USPO

   21 -  1   01/16/03    DEF 1 Unopposed motion to ext pretrial motion deadline (to 2/5/03) w/att
                         aff.

   22 -  1   01/17/03    [Re: DEF 1] AHB Order granting unopposed motion to ext pretrial motion
                         deadline (to 2/5/03) (21-1); replies due 2/12/03; any required evident
                         hrg will be hld 2/18/03 at 9:30 a.m. cc: USA, FPD, USM, USPO

   23 -  1   02/05/03    DEF 1 motion to suppress evidence and statement w/att memo/exhs.

   23 -  2   02/05/03    DEF 1 motion (request) for evidentiary hearing w/att memo/exhs.

   24 -  1   02/06/03    [Re: DEF 1] AHB Minute Order deeming moot re motion (request) for
                         evidentiary hearing (23-2); crt issued MO 1/17/03 advising parties that
                         2/18/03 beginning at 9:30 a.m. had been reserved for any necessary hrg
                         evid or otherwise.  cc: USA, FPD

   25 -  1   02/12/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence and
                         statement (23-1).

   26 -  1   02/18/03    DEF 1 motion for order directing payment of witness fees pursuant to
                         Rule 17(b) w/att aff.

   27 -  1   02/19/03    [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] of evid hrg (held
                         2/18/03); def to file brfing COB 2/20/03; govt's reply brf due 2/21/03;
                         taking under advisement motion to suppress evidence and statement
                         (23-1); R&R to issue; daily transcript ordered w/att wit/exh list.  cc:
                         USA, FPD, USM, PO, ECRO, Finance

   28 -  1   02/20/03    [Re: DEF 1] Transcript re: evidentiary hrg held 2/18/03. (locat4ed in
                         expando)

   29 -  1   02/20/03    DEF 1 Supplemental authority re: DEF 1 motion to suppress evidence and
                         statement (23-1).
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A02-0108--CR (JKS)
                              "USA V ROBERT F. COMBS"

                                  For all filing dates


Document #    Filed      Docket text

   30 -  1   02/20/03   [Re: DEF 1] PLF 1 Superseding Indt.

   31 -  1   02/21/03   [Re: DEF 1] AHB Grand Jury Minutes; no bail set (det per 18:3142); set
                        for arr and notify USM, in custody.

   32 -  1   02/21/03   [Re: DEF 1] AHB Minute Order that arr is set 10:30 a.m., 2/24/03.  cc:
                        USA, FPD, USM, PO

   33 -  1   02/24/03   [Re: DEF 1] PLF 1 Notice to court regarding petition for cert granted in
                        United States v Banks, 282F.3D 699 (9th Cir.2002).

   34 -  1   02/25/03   [Re: DEF 1] AHB Order regarding preparation for trial; ptms re: cts 1 &
                        4 of SIndt due 3/3/03.  cc: USA, FPD

   35 -  1   02/25/03   [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of arr on 1st SIndt
                        (held 2/24/03); def plead not guilty; det cont; ptms due 3/3/03.

   36 -  1   02/25/03   [Re: DEF 1] AHB Minute Order that in light of time constraints imposed
                        by 3/17/03 TBJ govt's oppo(s) to any mots filed by def are due 3:00
                        p.m., 3/6/03; parties advised that crt has reserved entire a.m. of
                        3/7/03 beginning at 9:30 a.m. for any necessary hrg evid/otherwise.  cc:
                        USA, FPD, USM, PO

   37 -  1   03/04/03   [Re: DEF 1] AHB Order granting motion for order directing payment of
                        witness fees pursuant to Rule 17(b) (26-1).  cc: USA, FPD, USM

   38 -  1   03/04/03   [Re: DEF 1] AHB Minute Order that ptm ddln re: SIndt was 3/3/03; no mots
                        re: SIndt were filed; 3/7/03 evid hrg deemed unnecessary and is VACATED.
                        cc: USA, FPD, USM, PO

   39 -  1   03/04/03   Initial R&R recommends DENYING re: DEF 1 motion to suppress evidence and
                        statement (23-1). Objections due 03/07/03. Reply due 03/11/03;
                        objections and responses to be routed to trial judge for review and
                        determination.  cc: USA, FPD, Judge Singleton

   40 -  1   03/05/03   DEF 1 motion (unopposed) on shortened time to continue trial by three
                        weeks w/aff.

   41 -  1   03/06/03   [Re: DEF 1] JKS Minute Order setting hrg on unopposed mot on shortened
                        time to cont trial by three weeks for 03/14/03 at 2:00 p.m. cc: USA,
                        FPD, USM, USPO, MJ Branson, JC

   42 -  1   03/07/03   DEF 1 obj to R&R re: DEF 1 mot to suppress evid and statement (23-1).

   43 -  1   03/18/03   [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] hrg on unopposed
                        motion on shortened time to continue trial by three weeks held 3/14/03.
                        Court granted motion (unopposed) on shortened time to continue trial by
                        three weeks (40-1).  Court found excludable delay under section 3161
                        (h)(1)(F) & 3161(h)(1)(J).  TBJ & FPTC set 3/17/03 are vacated.  The
                        FPTC is reset for 3/26/03 at 2:00 p.m.  TBC is reset for 4/1/03 and will
                        trial in second position.  Def's detention is continued as previously
                        set.  cc: S. Collins, K. McCoy, USM, USPO, MJ Branson

   44 -  1   03/25/03   [Re: DEF 1] JKS Order adopting R&R and denying motion to suppress
                        evidence (23-1). cc: USA, FPD, MJ Branson


ACRS: R_RDSDX              As of 12/27/05 at 09:10 AM by GARRY                        Page 3
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A02-0108--CR (JKS)
                                      "USA V ROBERT F. COMBS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 45 - 1 | 03/27/03 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] FPTC held 3/26/03. Def's oral motio to continue TBJ granted. TBJ set for 4/1/03 is vacated and reset for 4/14/03 at 9:00 a.m.  FPTC is reset for 4/14/03 at 8:30 a.m.  Counsel to file proposed jury instructions, proposed voir dire and any trial briefs by COB 4/2/03.  Court found excludable delay under section 3161 (h)(8)(A)(B).  Def's detention continued as previously set.  cc: S. Collins, K. McCoy, USM, USPO, MJ Branson, JC |
| 46 - 1 | 04/04/03 | DEF 1 Jury trial waiver. |
| 47 - 1 | 04/04/03 | DEF 1 Consent to trial by court. |
| 48 - 1 | 04/07/03 | [Re: DEF 1] PLF 1 Trial Brief. |
| 49 - 1 | 04/07/03 | [Re: DEF 1] PLF 1 Attorney Appearance of K. Feldis (AUSA). |
| 50 - 1 | 04/08/03 | [Re: DEF 1] JKS Minute Order that TBJ set for 04/14/03 is vacated and reset as a TBC for 04/14/03 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 51 - 1 | 04/10/03 | [Re: DEF 1] PLF 1 Information pursuant to 21 U.S.C. 851. |
| 52 - 1 | 04/10/03 | PLF 1 Trial stipulations. |
| 53 - 1 | 04/10/03 | [Re: DEF 1] PLF 1 Application to use digital evidence presentation system. |
| 54 - 1 | 04/10/03 | DEF 1 Attorney Appearance of Lance C. Wells |
| 55 - 1 | 04/15/03 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton/Robin Carter] re FPTC/TBC hld 4/14/03; def waived TBJ; def found GUILTY on cts 1-4 of Indt; IOS set for 7/3/03 at 9:00 a.m. w/att exh & witness list. cc: USA, FPD, USM, USPO, MJ Branson |
| 56 - 1 | 04/21/03 | DEF 1 Stipulation for substitution of counsel. |
| 56 - 2 | 04/22/03 | [Re: DEF 1] JKS Order granting stip for sub of cnsl (56-1); Lance Wells substituting as retained cnsl for Kevin McCoy, FPD. cc: USA, FPD, USPO, MJ Branson, L. Wells |
| 57 - 1 | 04/22/03 | [Re: DEF 1] PLF 1 Attorney Appearance of S. Collins (AUSA). |
| 58 - 1 | 05/07/03 | [Re: DEF 1] Exhibit inventory and disposition notice returning 1 manila folder -exh A to def cnsl. |
| 59 - 1 | 06/02/03 | [Re: DEF 1] Exhibit Inventory and dispostion notice.  1 cassette tape to USA. |
| 60 - 1 | 06/26/03 | DEF 1 Unopposed motion filed on shortened time to continue sentencing until first week in August 2003. |
| 61 - 1 | 06/27/03 | [Re: DEF 1] JKS Minute Order granting unopposed mot filed on shortened time to cont sentencing (60-1); IOS previously set for 07/03/03 vacated and reset for 09/03/03 at 9:00 a.m. cc: USA, L. Wells, USM, USPO, MJ Branson |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0108--CR (JKS)
"USA V ROBERT F. COMBS"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 62 - 1 | 08/27/03 | DEF 1 Unopposed motion filed on shortened time to continue sentencing for two weeks. |
| 63 - 1 | 08/27/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 64 - 1 | 08/27/03 | [Re: DEF 1] JKS Order granting unopposed mot filed on shortened time to cont sentencing for two weeks (62-1). cc: USA, L. Wells, USM, USPO, MJ Branson |
| 65 - 1 | 09/23/03 | DEF 1 Sentencing Memorandum w/att exhs. |
| 66 - 1 | 09/30/03 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] IOS held 09/30/03; IOS cont to 10/01/03 at 9:00 a.m. cc: USA, L. Wells, USM, USPO, MJ Branson |
| 67 - 1 | 10/01/03 | DEF 1 appeal to 9CCA of (69-1) filed 10/02/03. cc: USA, L. Wells, USM, PO, Judge Singleton, 9CCA |
| 68 - 1 | 10/02/03 | [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] IOS held 10/01/03; def sentenced to 168 mos in prison; 72 mos SR; $300 SA; def to forfeit interest in the Beretta .25 caliber handgun & $1363.00 in US currency w/att wit & exh list. |
| 69 - 1 | 10/02/03 | [Re: DEF 1] JKS Judgment found guilty on cts 1S,2S,3S,4S Indt (30-1); def sentenced to 168 mos in prison; 72 mos SR; $300 SA; Beretta handgun & $1363.00 forfeited. cc: USA, L. Wells, DEF w/cnsls cy; USM, USPO, MJ Branson, FLU, FINANCE |
| NOTE - 3 | 10/03/03 | Transmittal: Forwarded notice of appeal (67-1) to 9CCA. |
| 70 - 1 | 10/03/03 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (67-1) cc: USA, L. Wells, Judge Singleton, 9CCA (original), ECR |
| 71 - 1 | 10/10/03 | DEF 1 Transcript Designation/Order Form re: notice of appeal (67-1). cc:ecr w/original order form |
| 72 - 1 | 10/22/03 | DEF 1 AMENDED Transcript Designation/Order Form re: notice of appeal (67-1). cc:ecr |
| 73 - 1 | 10/23/03 | DEF 1 Partial Transcript of IOS held 10/1/03. |
| 74 - 1 | 12/03/03 | [Re: DEF 1] Partial Transcript Cont IOS held 10/1/03 re: notice of appeal (67-1) (located in expando file) |
| 75 - 1 | 12/03/03 | [Re: DEF 1] Partial Transcript IOS held 09/30/03 re: notice of appeal (67-1) (located in expando file) |
| 76 - 1 | 12/03/03 | [Re: DEF 1] Partial Transcript TBC held 04/14/03 re: notice of appeal (67-1) (located in expando file) |
| 77 - 1 | 12/03/03 | [Re: DEF 1] cy 9CCA Certificate of Record. (67-1) cc: USA, L.Wells, USM, PO, Judge Singleton, 9CCA (original) |
| 78 - 1 | 01/09/04 | USM Return of svc on Judgment executed on 12/17/03 to FCI Sheridan at Sheridan, OR. |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A02-0108--CR (JKS)
                          "USA V ROBERT F. COMBS"

                              For all filing dates


Document #   Filed     Docket text

NOTE -   4   05/24/04  Transmittal: Forwarded D.C. record to 9CCA consisting of 3 VOLUMES AND
                       TRANSCRIPTS (2 EXPANDOS)

NOTE -   5   06/02/04  Notation (re: Appeal): notice that 9CCA received 3 volumes and expandos.

  79 -   1   01/31/05  [Re: DEF 1] Copy of Order from 9CCA (67-1) that govt is requested to
                       file a response to appellant's petition for panel hrg filed 1/24/05.
                       The brief shall not exceed 15 pages and shall be filed within 21 days of
                       the filing of this order. cc: USA, L. Wells, Judge Singleton

  80 -   1   06/27/05  [Re: DEF 1] 9CCA Judgment re: notice of appeal (67-1) that the district
                       court's decision is AFFIRMED AND REMANDED w/att amended opinion. cc:USA,
                       L. Wells, Judge Singleton

  81 -   1   07/05/05  [Re: DEF 1] JKS Order parties to file a post-sent memo as directed by
                       7/25/05; once crt reviews the parties supp sent briefs, it will decide
                       whether to hold O/A or other further proceedings. cc: USA, L. Wells

  82 -   1   07/08/05  DEF 1 motion on shortened time to withdraw as counsel w/att aff.

  83 -   1   07/08/05  DEF 1 motion for ext of time to respond to the 7/1 crt's odr until 30
                       days after apptmt of cnsl.

  84 -   1   07/11/05  [Re: DEF 1] JKS Minute Order denying motion on shortened time to
                       withdraw as counsel (82-1); terminating in light of this order: motion
                       for ext of time to respond to the 7/1 crt's odr until 30 days after
                       aptmt of cnsl (83-1); Wells is apptd to represent Combs limited to the
                       issues presented by the remand from the Ninth Circuit. cc: USA, L. Wells

  85 -   1   07/25/05  DEF 1 Post-Sentencing Memorandum w/memo of law.

  86 -   1   07/26/05  [Re: DEF 1] PLF 1 Supplemental Sentencing Memorandum.

NOTE -   6   08/09/05  Notation (re: Appeal): D.C. record received from 9CCA consisting of 3
                       VOLUMES AND TRANSCRIPTS (2 EXPANDOS)

  87 -   1   09/21/05  [Re: DEF 1] JKS Order re crt having complied w/the 9CCA mandate, crt
                       returns this matter to the 9CCA. cc: USA, L. Wells, Appeals Clerk

NOTE -   7   09/22/05  Notation (re: Appeal): forwarded USDC Judge's Order re: 9CCA Mandate.

  88 -   1   09/27/05  DEF 1 appeal to 9CCA of (69-1) filed 10/02/03 (remanded back per Ameline
                       from 9CCA for review per Booker. cc:USA, L Wells, Judge Singleton, 9CCA

NOTE -   8   09/28/05  Transmittal: Forwarded notice of appeal (88-1) to 9CCA.

  89 -   1   09/28/05  [Re: DEF 1] Cy 9CCA Time Schedule Order. (88-1) cc:USA, L. Wells, USM,
                       PO, Judge Singleton, 9CCA (original)

  90 -   1   10/04/05  DEF 1 Notice of non-request of transcript.

  91 -   1   10/06/05  [Re: DEF 1] cy 9CCA Certificate of Record. (88-1) cc: USA, L. Wells,
                       Judge Singleton, 9CCA (original)

  92 -   1   10/07/05  DEF 1 motion (ex parte) for clarification of continued CJA
                       representation shortened time.


ACRS: R_RDSDX               As of 12/27/05 at 09:10 AM by GARRY                      Page 6
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A02-0108--CR (JKS)
                              "USA V ROBERT F. COMBS"

                                 For all filing dates


Document #    Filed      Docket text
_____    _____    _____

   93 -  1    10/07/05   [Re: DEF 1] JKS Minute Order granting motion for clarification of
                         continued CJA representation shortened time (92-1).  Lance Wells shall
                         continue to represent the def pursuant to the CJA on the underlying case
                         as well as through his appeal to the Ninth  Circuit.  cc: L. Wells

   94 -  1    10/19/05   [Re: DEF 1] CJA appointment of L. Wells.

   95 -  1    11/28/05   {SEALED}

   95 -  2    11/30/05   {SEALED}
```