UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __06/16/06__

To: United States Court of Appeals for          ATTN: ( ) CIVIL
    the Ninth Circuit
    Office of the Clerk                                     (xxx) CRIMINAL
    95 Seventh Street
    San Francisco, CA 94103                          ( )JUDGE

From:  Shari Fuhrer
       U.S. District Court
       222 West 7th Avenue, # 4
       Anchorage, Alaska 99513


DC No: __3:02-cr-00108-JKS__          Appeal No: __05-30486__

Short title: __USA v Combs__

Composition of Record

Clerk's Files in __3__ volumes    (xxx) original   ( ) certified copy

    Bulky docs. __2__ volumes, docket # __28,74,75,76__
                             (folders)

Reporter's   in _____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:    in _____ envelopes    ( ) under seal

           in _____ boxes    ( ) under seal

Other: **NOTE:   1 Sealed Volume**
  **(certified copy of ACMS and ECF docket enclosed)**

_____

(please note any documents filed under seal)


Acknowledgement:_____   Date:_____
"record.app" [11/21/97]