**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED
DEC 29 2006
CATHY A. CATTERSON
CLERK U.S. COURT OF APPEALS

RECEIVED
JAN 0 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ROBERT F. COMBS, <br><br> Defendant - Appellant. | No. 05-30486 <br><br> D.C. No. CR-02-00108-JKS/AHB <br> District of Alaska, <br> Anchorage <br><br> **ORDER** |

Before:    **KOZINSKI**, Circuit Judge.

Appellant's unopposed motion to extend the time for filing a petition for rehearing or petition for rehearing en banc is granted. Appellant's petition is due no later than February 16, 2007.