NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
JUL 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

FILED
JUL 0 9 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ROBERT F. COMBS, Defendant - Appellant. | No. 05-30486  D.C. No. CR-02-00108-JKS/AHB District of Alaska, Anchorage  ORDER |

Before:     **KOZINSKI, BERZON** and **TALLMAN**, Circuit Judges.

The full court was advised of the petition for rehearing en banc. A judge of the court called for a vote on whether to rehear the matter en banc. The matter failed to receive a majority of votes of the nonrecused active judges in favor of en banc consideration.

The petition for rehearing and rehearing en banc is **DENIED**. See Fed. R. App. P. 35; Fed. R. App. P. 40.