**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED
JUL 19 2007
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30486 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00108-JKS/AHB |
| v. | |
| ROBERT F. COMBS, | ORDER |
| Defendant - Appellant. | |

RECEIVED
JUL 23 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: **KOZINSKI, BERZON** and **TALLMAN**, Circuit Judges.

Counsel's motion to withdraw as counsel of record and for reappointment of CJA counsel to represent appellant in filing a petition for certiorari is **GRANTED**.